USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANGELA MANLEY-HARRIS,  :  08 Civ. 8058 (SHS)

            Plaintiff,  :

   -against-  :  ORDER

METRO NORTH COMMUTER RAILROAD,  :

           Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The joint pretrial order, proposed jury charges, and, if the parties wish, proposed *voir dire* and memoranda of law, are due on or before June 15, 2009;

    2.    There will be a final pretrial conference on June 19, 2009, at 3:00 p.m.;

    3.    Jury selection for the trial of this action is scheduled for July 6, 2009; and

    4.    The trial will begin on July 7, 2009, at 9:30 a.m.

Dated: New York, New York
       March 27, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.